# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INDEPENDENT TECHNOLOGIES, LLC, a Delaware Corporation, d/b/a ANOVA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>OTODATA WIRELESS NETWORK, INC., a Quebec, Canada Corporation, et al.,<br><br>　　　　Defendants. | CASE NO.: 3:20-cv-00072-RJC-CLB<br><br>**ORDER** |

**IT IS HEREBY ORDERED THAT** the Order to Show Cause hearing currently scheduled for 10:00 A.M., Wednesday, March 4, 2020, is VACATED and RESCHEDULED to 10:30 A.M., Monday, March 2, 2020, in Reno Courtroom 3, before Judge Robert C. Jones.

**IT IS SO ORDERED.**

Dated February 20, 2020.

_____
ROBERT C. JONES
United States District Judge