# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INDEPENDENT TECHNOLOGIES, LLC, a Delaware Corporation, d/b/a ANOVA,<br><br>Plaintiff,<br><br>vs.<br><br>OTODATA WIRELESS NETWORK, INC., a Quebec, Canada Corporation, et al.,<br><br>Defendants. | 3:20-cv-00072-RCJ-CLB<br><br>**ORDER** |

Pending a hearing on whether this Court should issue a preliminary injunction, this Court finds good cause to extend the temporary restraining order to March 23, 2020 finding the following:

1. Plaintiff is likely to succeed in showing that Defendants misappropriated and used Plaintiff's confidential and trade secret information to solicit Plaintiff's customers.

2. Plaintiff is likely to succeed in showing that Defendants Steven and Brian Rechenmacher breached their confidentiality obligations by taking Plaintiff's confidential and proprietary trade secret information without permission and by using that information to solicit Plaintiff's customers, at the direction and for the benefit of Otodata.

3. Defendants' use of Plaintiff's confidential and trade secret information has already resulted, and will continue to result, in immediate and irreparable injury to Plaintiff in the form of loss of goodwill, loss of property interest in the information due to the information's diminished value to Plaintiff, and damage to Plaintiff's business reputation and relationships with its customers.

4. The harm to Plaintiff in denying the requested temporary restraining order outweighs the potential harm to the legitimate interests of Defendants from granting such an order.

5. It appears to the Court that Defendants are using Plaintiff's confidential information and soliciting Plaintiff's customers and will continue to carry out such acts unless restrained by Order of the Court.

IT IS HEREBY ORDERED that Defendants Steven and Brian Rechenmacher, Defendant Otodata and its employees, agents, servants, confederates, attorneys, and any person or entity acting in concert or participation with Defendant Otodata or Defendants Steven and Brian Rechenmacher, are hereby immediately and temporarily restrained from:

1. Directly or indirectly soliciting, by mail, phone, electronic communication, personal meeting, or any other means, any Plaintiff customer who Defendants Steven and Brian Rechenmacher served or whose name become known to Defendants Steven and Brian Rechenmacher during their employment with Plaintiff and/or through their misappropriation of Plaintiff's confidential and trade secret information. Solicit means to initiate any contact or communication, of any kind whatsoever, for the purpose of inviting, encouraging, or requesting any customer of Plaintiff, to withdraw, curtail, or cancel any of its business or relations with Plaintiff.

2. Directly or indirectly using, disclosing, or transmitting for any purpose Plaintiff's trade secrets, and/or confidential or proprietary information pertaining to Plaintiff, its employees, its operations, and/or its customers.

IT IS FURTHER ORDERED that this temporary restraining order be and is hereby conditioned upon Plaintiff filing with the Clerk of this Court no later than 5:00 P.M. on March 6, 2020, an undertaking in the form of a bond, a certified, cashier's or attorney's check, or cash, in the amount of $5,000.00 to secure the payment of such costs and damages as may be incurred or suffered by any party who is found to have been wrongfully enjoined or restrained hereby.

IT IS FURTHER ORDERED that Plaintiff shall submit to Defendants' counsel—*and for counsel's eyes only*—a copy of Plaintiff's client list as specified in the hearing on March 2, 2020 by March 9, 2020.

IT IS FURTHER ORDERED that Plaintiff and Defendants shall submit to the Court declarations of witnesses whose testimony is relevant to the parties' claims and defenses regarding this motion and an appropriate amount of bond by March 16, 2020.

IT IS FURTHER ORDERED that Defendants are ordered to show cause at 9:00 A.M., Wednesday, March 23, 2020, in Reno Courtroom 3, before Judge Robert C. Jones, located at the Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South Virginia Street, Reno, Nevada, why Defendants' agents, servants, employees, confederates, attorneys and any persons acting in concert or participation with any of Defendants, should not be ordered to, without delay, cease conduct in breach of federal law, Nevada law, and the confidentiality obligations of Defendants Steven and Brian Rechenmacher; cease use of Plaintiff's proprietary information; cease solicitation of Plaintiff's customers; and to destroy and certify destruction of any and all copies of Plaintiff's confidential and proprietary trade secret information, in whatever format, in Defendants' possession.

IT IS FURTHER ORDERED that, unless otherwise ordered by this Court, this Temporary Restraining Order is and shall remain in full force and effect until 5:00 P.M., Monday, March 23, 2020.

IT IS SO ORDERED.

Dated March 3, 2020.

_____
ROBERT C. JONES
United States District Judge