MICHAEL D. ROUNDS, ESQ.
Nevada Bar No. 4734
MATTHEW D. FRANCIS, ESQ.
Nevada Bar No. 6978
ARTHUR A. ZORIO, ESQ.
Nevada Bar No. 6547
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, NV 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171
Email:  mrounds@bhfs.com
        mfrancis@bhfs.com
        azorio@bhfs.com

STEPHEN S. SMITH, ESQ.
California Bar No. 166539
(Admitted *pro hac vice* )
LAW OFFICES OF STEPHEN S. SMITH
303 North Glenoaks Blvd., Suite 200
Burbank, CA 91502
Telephone: (310) 955-5824
Email:  ssmith@stephensmithlaw.com

*Attorneys for Defendants Otodata*
*Wireless Data, Inc., Steven Rechenmacher,*
*and Brian Rechenmacher*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INDEPENDENT TECHNOLOGIES, LLC d/b/a ANOVA,<br><br>Plaintiff,<br><br>v.<br><br>OTODATA WIRELESS NETWORK, INC., STEVEN RECHENMACHER, and BRIAN RECHENMACHER,<br><br>Defendants. | Case No.: 3:20-cv-00072-RCJ-CLB<br><br>**ORDER FOR TELEPHONIC SHOW CAUSE HEARING, SUPPLEMENTAL DECLARATION AND BRIEFING SCHEDULE**<br><br>**FIRST REQUEST** |

Plaintiff Independent Technologies, LLC d/b/a Anova ("Plaintiff") and Defendants Otodata Wireless Network, Inc. ("Otodata"), Steven Rechenmacher, and Brian Rechenmacher (together

1

LAW OFFICES OF STEPHEN S. SMITH, P.C.
303 North Glenoaks Boulevard, Suite 200
Burbank, California 91502

with Steven Rechenmacher, the "Rechenmachers," and the Rechenmachers together with Otodata, "Defendants"), by and through their undersigned counsel of record, hereby agree and stipulate as follows (the "Stipulation"):

1. In light of the unusual circumstances presented by COVID-19, and the Court's correspondence dated March 16, 2020, the parties have agreed to present testimony via declarations and to have the Show Cause hearing set for March 23, 2020 scheduled for a telephonic hearing.

2. To facilitate the Court's preparation for the hearing, and in recognition that live testimony will not be offered:

   a. Plaintiff and Defendants shall submit declarations as previously ordered, on March 16, 2020;

   b. Defendants stipulate and agree for Plaintiff to file a supplemental brief in support of its Motion for Preliminary Injunction on March 16, 2020; and

   c. Plaintiff and Defendants shall have the opportunity to file declarations and briefs in response to the declarations and supplemental brief filed on March 16, 2020 on or before Friday, March 20, 2020.

3. Nothing in this Stipulation shall be construed as a waiver of rights or remedies belonging to any party hereto, or as an admission of wrongdoing.

**ORDER**

IT IS HEREBY ORDERED that the Stipulation for Supplemental Declarations and Briefing Schedule (ECF No. 69) is GRANTED.

IT IS FURTHER ORDERED that a TELEPHONIC SHOW CAUSE hearing is set for 09:00 A.M. (PDT), Monday, March 23, 2020, before Judge Robert C. Jones.

The following instructions are given in that regard: Counsel shall dial into the AT&T meet-me-line number (1-888-675-2535, Access Code 2900398, Security Code 032320) five (5) minutes prior to the hearing. Please remain on the line until such time as the Court joins the call and convenes the proceedings. The use of a cell phone or speaker phone during the call is PROHIBITED.

IT IS SO ORDERED this 18th day of March, 2020.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE