UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| INDEPENDENT TECHNOLOGIES, LLC d/b/a ANOVA,<br><br>    Plaintiff,<br><br>v.<br><br>OTODATA WIRELESS NETWORK, INC., STEVEN RECHENMACHER, and BRIAN RECHENMACHER,<br><br>    Defendants. | 3:20-cv-00072-RCJ-CLB<br><br>**ORDER AMENDING PRELIMINARY INJUNCTION** |

As directed by the Court of Appeal in its Memorandum dated November 30, 2020 (ECF No. 146), the Court hereby amends the Preliminary Injunction dated March 23, 2020 (ECF No. 86). The "CONCLUSION" portion of the Preliminary Injunction (ECF No. 86) is amended to read as follows:

CONCLUSION

IT IS HEREBY ORDERED that Plaintiff's Motion for a Preliminary Injunction (ECF No. 3) is GRANTED.

IT IS FURTHER ORDERED that Defendants must not use any Anova trade secret information to solicit, directly or indirectly, by mail, phone, electronic communication, personal meeting, or any other means, any of Plaintiff's clients that Plaintiff identified on the client list provided to Defendants (ECF 83, Ex. 11) as limited above. "Solicit" means to initiate any contact or communication, of any kind whatsoever, for the purpose of inviting, encouraging, or requesting any of Plaintiff's customers to withdraw, curtail, or cancel any of its business or

relations with Plaintiff.

IT IS FURTHER ORDERED that Defendants must not directly or indirectly use, disclose, or transmit, for any purpose, Plaintiff's trade secrets, and/or confidential or nonpublic proprietary information pertaining to Plaintiff, its employees, its operations, and/or its customers.

IT IS FURTHER ORDERED that this injunction shall not extend to third-party vendors who are not employed by Defendant Otodata but sells its products.

IT IS FURTHER ORDERED that this preliminary injunction order be and is hereby conditioned upon Plaintiff filing with the Clerk of this Court, no later than 5:00 P.M. on March 24, 2020, an additional undertaking in the form of a bond, a certified cashier's or attorney's check, or cash, in the amount of $5,000 to secure the payment of such costs and damages as may be incurred or suffered by any party who is found to have been wrongfully enjoined or restrained hereby.

IT IS FURTHER ORDERED that Plaintiff's Motion to Permit the Filing of a Supplemental Brief (ECF No. 74) is GRANTED.

IT IS SO ORDERED.

Dated February 25, 2021.

_____
ROBERT C. JONES
United States District Judge