LEIGH T. GODDARD, NV Bar #6315
McDONALD CARANO LLP
100 W. Liberty St., Tenth Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
lgoddard@mcdonaldcarano.com

JAMES C. DUGAN (admitted *pro hac vice*)
JORDAN C. WALL (admitted *pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
jdugan@willkie.com
jwall@willkie.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| INDEPENDENT TECHNOLOGIES, LLC d/b/a ANOVA,<br><br>Plaintiff,<br><br>v.<br><br>OTODATA WIRELESS NETWORK, INC., STEVEN RECHENMACHER, and BRIAN RECHENMACHER,<br><br>Defendants. | Case No. 3:20-cv-00072-RCJ-CLB<br><br>**ORDER GRANTING JOINT STIPULATION TO ADJOURN SETTLEMENT CONFERENCE** |

Plaintiff Independent Technologies, LLC d/b/a Anova ("Plaintiff" or "Anova") and Defendants Otodata Wireless Network, Inc. ("Otodata"), Steven Rechenmacher ("Steven"), and Brian Rechenmacher ("Brian" and with Steven, the "Rechenmachers," and with Otodata and Steven, collectively "Defendants") jointly file this stipulation to adjourn the upcoming March 31, 2021 settlement conference and concomitant deadlines, as set forth in this Court's January 7, 2021 Order (ECF No. 150).

In light of the imminent deadlines, starting with the March 16, 2021 deadline for Plaintiff to submit a formal settlement offer, and that presently the parties are actively negotiating a potential settlement, the parties respectfully propose to extend by 14 days

the deadlines imposed by the Court's January 7 Order, including the settlement conference, as set forth below.

**I.   STIPULATED SCHEDULE FOR ADJOURNMENT OF SETTLEMENT CONFERENCE**

| ITEM | CURRENT DATE | ADJUSTED DATE |
|---|---|---|
| 1. Plaintiff's Offer to Defendants | March 16, 2021 (15 days before settlement conference) | March 30, 2021 (15 days before settlement conference) |
| 2. Defendants' Counteroffer to Plaintiff | March 21, 2021 (10 days before settlement conference) | April 5, 2021 (9 days before settlement conference) |
| 3. Settlement Conference Statement | March 24, 2021 (7 days before settlement conference) | April 7, 2021 (7 days before settlement conference) |
| 4. Settlement Conference | March 31, 2021, 9 am PST | April 14, 2021, 9 am PST |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DATED: March 16, 2021.

| LAW OFFICES OF STEPHEN S. SMITH, LLP | MCDONALD CARANO LLP |
|---|---|
| By:/s/ Stephen S. Smith<br>Stephen S. Smith, Esq.<br>(Admitted *Pro Hac Vice*)<br>303 North Glenoaks Blvd, Suite 200<br>Burbank, CA 91502<br><br>Matthew D. Francis<br>Arthur A. Zorio<br>BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>5371 Kietzke Lane<br>Reno, Nevada 89611<br><br>*Attorneys for Defendants Otodata Wireless Network, Inc., Steven Rechenmacher, and Brian Rechenmacher* | */s/ Leigh Goddard*<br>Leigh T. Goddard<br>100 West Liberty Street | Tenth Floor<br>Reno, NV 89501<br>(775) 788-2000 Telephone<br>lgoddard@mcdonaldcarano.com<br><br>James C. Dugan (admitted *pro hac vice*)<br>Jordan C. Wall (admitted *pro hac vice*)<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8000 Telephone<br>jdugan@willkie.com<br>jwall@willkie.com<br><br>*Attorneys for Plaintiff Independent Technologies, LLC d/b/a Anova* |

IT IS HEREBY ORDERED that the joint stipulation to adjourn the settlement conference is approved.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 17, 2021

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that I am an employee of McDonald Carano LLP and that pursuant to LR 5-3 I caused to be electronically filed on this date a true and correct copy of Joint Stipulation to Adjourn Settlement Conference of the Court using the CM/ECF system which will automatically e-serve the same on the attorneys set forth below:

> Matthew D. Francis
> Arthur A. Zorio
> Brownstein Hyatt Farber Schreck, LLP
> 5371 Kietzke Lane
> Reno, NV 89511
> mfrancis@bhfs.com
> azorio@bhfs.com
>
> Stephen S. Smith
> Law Offices of Stephen S. Smith, LLP
> 303 North Glenoaks Blvd., Suite 200
> Burbank, CA 91502
> ssmith@stephensmithlaw.com

DATED: March 16, 2021.

> _/s/ Nancy A. Hoy_
> Nancy A. Hoy

4842-4449-0977, v. 1